FILED

05/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0128



IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0128

| | |
|---|---|
| PAUL PHILLIP BARDOS AND MARY L. BARDOS REVOCABLE TRUST, | * <br> * <br> * <br> * |
| Appellant, | * |
| | * **ORDER GRANTING** |
| vs. | * **UNOPPOSED MOTION FOR** |
| | * **EXTENSION OF TIME TO** |
| ROBERT L. SPOKLIE. | * **FILE APPELLANT'S BRIEF** |
| | * |
| Appellee. | * |
| | * |

Plaintiff and Appellant PAUL PHILLIP BARDOS AND MARY L. BARDOS REVOCABLE TRUST, through counsel, having filed an Unopposed Motion for Extension of Time to File Appellant's Brief and there being no objection;

IT IS HEREBY ORDERED that Appellant shall have an extension of time up to and including Monday, June 20, 2022 to file Appellant's Brief in the above entitled matter.

Dated this _____ day of _____, 2022.

By_____
Bowen Greenwood
CLERK OF THE SUPREME COURT

cc:    Matthew Hutchison
       Marcel A. Quinn/Thomas A. Hollo

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 12 2022